```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

MUHAMMAD M. ABDELHALIEM,          )
                                  )
        Plaintiff,                )
                                  )
        v.                        )      C.A. No. 23-10610-WGY
                                  )
MALDEN POLICE DEPARTMENT, et      )
al.,                              )
                                  )
        Defendants.               )
                                  )

**ORDER**

**August 22, 2023**

YOUNG, D.J.

In an order dated July 6, 2023, the Court granted the *in forma pauperis* motion of plaintiff Muhammad M. Abdelhaliem. Finding that his complaint failed to state a claim upon which relief could be granted, the Court ordered that, if Plaintiff wanted to pursue this action, he was required to file an amended complaint by August 11, 2023. The Court stated that failure to file an amended complaint could result in dismissal of this action.  The Clerk mailed a copy of the order to the mailing address that Plaintiff had provided.

The deadline for filing an amended complaint has passed without any response from Plaintiff.  On August 14, 2023, the copy of the July 6, 2023 order that was mailed to Plaintiff was returned as undeliverable.  However, because Plaintiff has not

updated his mailing address, service at the address he provided is deemed delivered and properly service.  *See* Local 83.5.5(h)(D. Mass.)

Accordingly, for the reasons stated in the Court's July 6, 2023 order and for failure to respond to that order, the Court orders that this action be DISMISSED.

SO ORDERED.

                               /s/ William G. Young
                               WILLIAM G. YOUNG
                               UNITED STATES DISTRICT JUDGE